# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff** | * | **CRIM. NO. 17-356-01 (JAG)** |
| | * | **19-604-49 (PAD)** |
| v. | * | |
| | * | |
| **PEDRO PACHECO-RODRIGUEZ** | * | |
| **Defendant** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT INFORMATIVE MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COURT:**

**COMES NOW,** the United States of America and co-defendant, Pedro Pacheco-Rodriguez, through the undersigned counsels and respectfully allege and pray:

1. On January 7, 2021, this Honorable Court ordered the parties to inform the status of the case (DE 111).

2. The plea negotiations resulted in an offer by the Government encompassing this case and criminal matter number 19-604. Defense counsel will recommend the offer's acceptance without reservations.

3. Defense counsel is in the process of meeting with his client in MDC and should have an answer in the following weeks. If the offer is accepted, as anticipated, a change of plea motion will be filed immediately.

4. For the reasons mentioned above, the parties respectfully request twenty (20) days to inform this Honorable Court the final decision made by the defendant and file the change of plea motion if the offer is accepted.

**WHEREFORE,** it is respectfully requested that this Honorable Court takes notice of this

Joint Informative Motion and grants twenty (20) days to inform the Court.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 8th day of March 2021.

W. STEPHEN MULDROW
United States Attorney

s/Enrique Silva-Avilés
Enrique Silva-Avilés,
Assistant United States Attorney
USDC-PR No. 215810
United States Attorney's Office
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, Puerto Rico 00918
Tel. (787) 766-5656

/s/ José R. Gaztambide-Añeses
José R. Gaztambide-Añeses, Esq.
U.S.D.C. - P.R. Bar No. 129011
P.O. Box 270343
San Juan, Puerto Rico 00927
Telephone Number: (787) 431-5532
E-Mail: gaztambidelaw@yahoo.com

**CERTIFICATE OF SERVICE:**

We hereby certify that on today's date, we electronically filed the foregoing with the Clerk's of the Court using the CM/ECF system which will automatically send notification of such filing to the parties of interest.

In San Juan, Puerto Rico this 3rd day of March 2021.

s/Enrique Silva-Avilés
Enrique Silva-Avilés,
Assistant United States Attorney
USDC-PR No. 215810

/s/ José R. Gaztambide-Añeses
José R. Gaztambide-Añeses, Esq.
U.S.D.C. - P.R. Bar No. 129011